IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02105-PSF-MJW

UNITED STATES OF AMERICA, for the use and benefit of Central States Roofing and
Insulating Company, d/b/a Central States Roofing Company,

Plaintiff(s),

v.

AMERICA MOTORISTS INSURANCE COMPANY, a California corporation; and AU
AUTHUM KI, INC., a/k/a Au Authum Ki Construction,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion by Defendant American
Motorists Insurance Company to be Excused from Settlement Conference, filed with the
Court on April 12, 2006, is GRANTED.  The Defendant American Motorists Insurance
Company and Rocco Dodson are excused from participation at the settlement
conference set on May 1, 2006 at 1:30 p.m.

Date:  April 13, 2006