**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**MAGISTRATE JUDGE MICHAEL J. WATANABE**

Civil Action No. 05-CV-02105-PSF-MJW

UNITED STATES OF AMERICA, for the use and benefit of Central States Roofing and Insulating Company, d/b/a Central States Roofing Company,

    Plaintiff,

vs.

AMERICAN MOTORISTS INSURANCE COMPANY, a California corporation; and AU AUTHUM KI, INC., a/k/a AU AUTHUM KI CONSTRUCTION,

    Defendants.

## MINUTE ORDER

    IT IS HEREBY ORDERED that the Plaintiff Central States Roofing and Insulating Company, d/b/a Central States Roofing Company, Defendant Au' Authum Ki, Inc., and Defendant American Motorists Insurance Company's Stipulated Motion to Vacate the Settlement Conference, D.N. 21, filed with the Court on April 17, 2006, is GRANTED.  The Settlement Conference set on May 1, 2006, at 1:30 p.m., and the parties are directed to file a Status Report regarding settlement within 5 business days of holding their face-to-face settlement meeting.

    Date:  April 18, 2006
    _____