IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02105-PSF-MJW

UNITED STATES OF AMERICA, for the use and benefit of Central States Roofing and Insulating Company, d/b/a Central States Roofing Company,

    Plaintiff,

v.

AMERICA MOTORISTS INSURANCE COMPANY, a California corporation; and AU AUTHUM KI, INC., a/k/a Au Authum Ki Construction,

    Defendants.

## ORDER RE STATUS REPORT

The defendant has filed a Status Report Regarding Settlement (Dkt. # 32) stating that "the parties plan to execute settlement documents and dismiss this action no later than July 7, 2006." The Court hereby

ORDERS that if dismissal papers are not filed by 5:00 p.m. July 7, 2006, counsel for the parties shall appear before the undersigned for a status conference on **July 10, 2006 at 8:00 a.m.**

    DATED: June 13, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge