IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02105-PSF-MJW

UNITED STATES OF AMERICA, for the use and benefit of Central States Roofing
and Insulating Company, d/b/a Central States Roofing Company,

      Plaintiff,

v.

AMERICA MOTORISTS INSURANCE COMPANY, a California corporation; and
AU AUTHUM KI, INC., a/k/a Au Authum Ki Construction,

      Defendants.

---

### ORDER OF DISMISSAL

---

      This matter is before the Court on the parties' Stipulated Motion for
Dismissal With Prejudice (Dkt. # 34).  The Court, having considered said motion
and being fully advised of the premises, hereby GRANTS the motion, and
ORDERS that the above-captioned case is DISMISSED WITH PREJUDICE,
each party to bear its own costs and fees.  It is

      FURTHER ORDERED that the tentative hearing scheduled for July 10,
2006 at 8:00 a.m. is VACATED.

      DATED: July 7, 2006

                        BY THE COURT:

                        *s/ Phillip S. Figa*

                        _____
                        Phillip S. Figa
                        United States District Judge